12870

SPARTANBURG HERALD-JOURNAL COMPANY v. LaVARRE *ET AL.*

(152 S. E., 728)

Messrs. *C. T. Graydon,* and *Bomar & Osborne,* for appellants.

Messrs. *Nicholls, Wyche & Byrnes,* for respondent.

March 26, 1930.

The opinion of the Court was delivered by Mr. Justice Cothran.

The motion of the defendants for a supersedeas of the order of his Honor, Judge Mauldin, granting an injunction *pendente lite* against the defendants, the appeal from the order of his Honor, Judge Mauldin, refusing to grant a similar order against the plaintiff, the motion of the defendants for a similar order by this Court against the plaintiff, and the appeal from the order of his Honor, Judge Mauldin, granting an injunction *pendente lite* against the

defendants, are disposed of by the opinion of this Court, *mutatis mutandis,* filed herewith in the case of *Piedmont Press Association et al. v. Record Publishing Co., et al.* (S. C.), 152 S. E., 721.

The motions of the defendants are dismissed and the order of his Honor, Judge Mauldin, granting an injunction *pendente lite* against the defendants is affirmed and continued in effect without prejudice of course to a final decision of the controversy upon the merits.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.